UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELIZA WILLE, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GINA RAIMONDO, et al.,<br><br>　　　　　　　　　　　Defendants. | No. 8:22-cv-00689-PX<br><br>**DECLARATION OF SERVICE VIA CERTIFIED MAIL** |

I, Tawnda Dyer, declare as follows:

I am employed at Pacific Legal Foundation, with which are associated the counsel of record for Plaintiffs in this matter, at whose direction the below-described service was made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice of Pacific Legal Foundation for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, the following was deposited with the United States Postal Service with postage thereon fully prepaid at that same day in the ordinary course of business.

On March 24, 2022, I placed true copies of the (1) Summons in a Civil Action; (2) Complaint; (3) Civil Cover Sheet; (4) Notice of case assignment to Judge Paula Xinis; (5) Motion for Admission Pro Hac Vice for Damien M. Schiff; and (6) Motion for Admission Pro Hac Vice for Michael Poon in envelopes addressed as follows:

| | |
|---|---|
| Gina Raimondo<br>Secretary of Commerce<br>1401 Constitution Ave., N.W.<br>Washington, DC 20230 | 7022 0410 0003 2493 4115 |
| National Marine Fisheries Service<br>1315 East-West Highway, 14th Floor<br>Silver Spring, MD 20910 | 7022 0410 0003 2493 4092 |
| Richard Spinrad<br>Administrator<br>National Oceanic and Atmospheric Administration<br>1401 Constitution Ave., N.W., Room 5128<br>Washington, DC 20230 | 7021 0950 0001 0006 8298 |
| Janet Coit<br>Assistant Administrator for Fisheries<br>1315 East-West Highway, 14th Floor<br>Silver Spring, MD 20910 | 7021 0950 0001 0006 8311 |
| Erek L. Barron<br>U.S. Attorney's Office<br>36 S. Charles St., 4th Floor<br>Baltimore, MD 21201<br>Attn: Civil Process Clerk | 7022 0410 0003 2493 4108 |
| Merrick Garland<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 | 7021 0950 0001 0006 8304 |

to be mailed via certified mail with return receipt at a United States Post Office in Roseville, California.

I have attached true and correct copies of the United States Postal Service email notices sent to me which indicate that the above-described papers have been delivered to the addressees.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 18th day of April, 2022, at Roseville, California.

_____
TAWNDA DYER

MICHAEL POON*
Cal. Bar No. 320156
DAMIEN M. SCHIFF*
Cal. Bar No. 235101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
MPoon@pacificlegal.org
DSchiff@pacificlegal.org

GLENN E. ROPER, D. Md. No. 21382
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 503-9045
GERoper@pacificlegal.org

*Pro Hac Vice

*Counsel for Plaintiffs*

**Tawnda Dyer**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Friday, April 1, 2022 4:16 PM |
| **To:** | Tawnda Dyer |
| **Subject:** | USPS® Item Delivered, Front Desk/Reception/Mail Room 70220410000324934115 |



Hello **Tawnda Dyer**,

Your item was delivered to the front desk, reception area, or mail room at 6:45 am on March 30, 2022 in WASHINGTON, DC 20230.

Tracking Number: **70220410000324934115**

**Delivered, Front Desk/Reception/Mail Room**



Tracking & Delivery Options

My Account

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



1

Download USPS Mobile®

 

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2022. All rights reserved.

**Tawnda Dyer**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Friday, April 1, 2022 4:16 PM |
| **To:** | Tawnda Dyer |
| **Subject:** | USPS® Item Delivered, Front Desk/Reception/Mail Room 70220410000324934092 |



Hello **Tawnda Dyer**,

Your item was delivered to the front desk, reception area, or mail room at 8:07 am on March 28, 2022 in SILVER SPRING, MD 20910.

Tracking Number: **70220410000324934092**

**Delivered, Front Desk/Reception/Mail Room**



Tracking & Delivery Options

My Account

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



Download USPS Mobile®

 

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2022. All rights reserved.

**Tawnda Dyer**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Friday, April 1, 2022 4:22 PM |
| **To:** | Tawnda Dyer |
| **Subject:** | USPS® Item Delivered, Front Desk/Reception/Mail Room 70210950000100068298 |



Hello **Tawnda Dyer**,

Your item was delivered to the front desk, reception area, or mail room at 6:45 am on March 30, 2022 in WASHINGTON, DC 20230.

Tracking Number: **70210950000100068298**

**Delivered, Front Desk/Reception/Mail Room**



Tracking & Delivery Options

My Account

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



Download USPS Mobile®

 

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2022. All rights reserved.

**Tawnda Dyer**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Friday, April 1, 2022 4:17 PM |
| **To:** | Tawnda Dyer |
| **Subject:** | USPS® Item Delivered, Front Desk/Reception/Mail Room 70210950000100068311 |



Hello **Tawnda Dyer**,

Your item was delivered to the front desk, reception area, or mail room at 8:07 am on March 28, 2022 in SILVER SPRING, MD 20910.

Tracking Number: **70210950000100068311**

**Delivered, Front Desk/Reception/Mail Room**



Tracking & Delivery Options

My Account

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



1

Download USPS Mobile®

 

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2022. All rights reserved.

2

**Tawnda Dyer**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Monday, April 11, 2022 10:00 AM |
| **To:** | Tawnda Dyer |
| **Subject:** | USPS® Item Delivered, Front Desk/Reception/Mail Room 70220410000324934108 |



Hello **Tawnda Dyer**,

Your item was delivered to the front desk, reception area, or mail room at 12:53 pm on April 11, 2022 in BALTIMORE, MD 21201.

Tracking Number: **70220410000324934108**

**Delivered, Front Desk/Reception/Mail Room**



Tracking & Delivery Options

My Account

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



1

Download USPS Mobile®

 

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2022. All rights reserved.

**Tawnda Dyer**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Friday, April 1, 2022 4:17 PM |
| **To:** | Tawnda Dyer |
| **Subject:** | USPS® Item Delivered, Individual Picked Up at Postal Facility 70210950000100068304 |



Hello **Tawnda Dyer**,

Your item was picked up at a postal facility at 5:01 am on March 31, 2022 in WASHINGTON, DC 20530.

Tracking Number: **70210950000100068304**

**Delivered, Individual Picked Up at Postal Facility**



Tracking & Delivery Options

My Account

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



  

Download USPS Mobile®

 

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2022. All rights reserved.